

CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed July 18, 2019**

_____
**United States Bankruptcy Judge**

---

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE NORTHERN DISTRICT OF TEXAS
### WICHITA FALLS DIVISION

| | | |
|---|---|---|
| **IN RE:** | § § § § § § | **Case Number: 19-70020** |
| **STEPHEN BRANT PETERSON JR.** | | **Chapter 13** |
| **KRISTY KAY PETERSON** | | **JUDGE Harlin D. Hale** |

---

### ORDER DISMISSING CASE WITHOUT PREJUDICE
### (MTD)

---

On the Trustee's Motion to Dismiss Chapter 13 proceeding, it appears to the court that due notice has been given to Debtor(s) and Debtor's(s') counsel, if any, and that no objection has been made to the relief requested, or if made, same should overruled.  It further appearing that dismissal of this case is in the best interest of the creditors of the estate:

**IT IS, THEREFORE, ORDERED,** that the above proceeding be, and hereby is in all things **DISMISSED** without prejudice;

**IT IS FURTHER ORDERED** that the Trustee disburse any funds on hand as provided by General Order 2017-01; and

**IT IS FURTHER ORDERED** that all debts due and owing creditors as of this date are **NOT DISCHARGED** or affected in any manner by this Order.

**THE ABOVE STYLED AND NUMBERED CASE WILL BE CLOSED 21 DAYS AFTER THE ENTRY OF THIS ORDER PROVIDED THAT IT IS A SINGLE DEBTOR CASE OR A JOINT DEBTOR CASE AND BOTH DEBTORS ARE DISMISSED.**

# # # End of Order # # #